UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEAN D. CENZEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KONIAG GOVERNMENT SERVICES, LLC, ) | |
| KONIAG TECHNOLOGY SOLUTIONS, ) | |
| TUKNIK GOVERNMENT SOLUTIONS, LLC, ) | |
| and MARTIN O'MALLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**
This cause comes before the Court on defendants' Koniag Technology Solutions, Inc., Tuknik Government Services, LLC, and Koniag Government Services, LLC (collectively "KGS defendants") motion to dismiss, along with defendant Social Security Administration's ("SSA") motion to dismiss . [DE 17, 23 ]. Plaintiff Jean D. Cenezy has filed responses in opposition, [DE 26, 29], and defendants have filed respective replies. [DE 28, 30]. In this posture, the matters are ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that both KGS defendants' and the SSA's motions to dismiss plaintiff's complaint are GRANTED. [DE 17, 23]. Plaintiff's complaint is DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on September 26, 2024, and served on:**
James Hairston, Jr. (via CM/ECF NEF)
Sharon Wilson (via CM/ECF NEF)
Benjamin Williams (via CM/ECF NEF)
Joshua Wilson (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

September 26, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk